FREDERICK FAGEN, respondent,

*v.*

MICHAEL F. FALVEY et ux., appellants.

[Decided May 18th, 1925.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *96 N. J. Eq. 461.*

*Mr. D. Trueman Stackhouse,* for the respondent.

*Mr. Patrick H. Harding,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, McGLENNON, KAYS, JJ. 15.

*For reversal*—None.